UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Carlton Blankenship        3369186

_(Enter above the full name of the plaintiff_        _(Inmate Reg. # of each Plaintiff)_
_or plaintiffs in this action)._

**VERSUS**

CIVIL ACTION NO. 2:16-cv-8601
_(Number to be assigned by Court)_

Seargent ferry
SCRJ

_(Enter above the full name of the defendant_
_or defendants in this action)_

FILED
SEP -6 2016
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## COMPLAINT

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____    No __✓__

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   _____

   Defendants: _____

   _____

   _____

   _____

2. Court (if federal court, name the district; if state court, name the county);

   __Kanawha County State Court__

3. Docket Number: _____

4. Name of judge to whom case was assigned:

   __Judge King__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   __Pending__

6. Approximate date of filing lawsuit: __Aug-22-2016__

7. Approximate date of disposition: _____

2

II. **Place of Present Confinement:** South Central regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓     No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓     No ___

    C. If you answer is YES:

        1. What steps did you take? I filed 3 greivances on seperate dates

        2. What was the result? none were answerd and I was then told about this step

    D. If your answer is NO, explain why not: ___

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Carlton Blankenship

       Address: 1001 Centre way Charleston WV, 25309

    B. Additional Plaintiff(s) and Address(es): N/A

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Terry

is employed as: a Sergeant

at SCrJ

D. Additional defendants: Correction officers

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was forming Salutt when ser terry and his officers went to my room then ser terry took my prayer mat and threw it on the floor and started stepping on it when I start asking ser terry not to Disrespect my religion he told me I wasn't a real muslim and took my prayer mat Ive asked for weeks for another one and have Been Denied...he even questioned me asking me if I go to Jumaa I told him yes he asked me if I told them upon arrival if I was muslim

4

IV.  Statement of Claim (continued):

V.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want Justice I'm not the ohly person this has happend to and it needs to stop it was disgrateful disrepecthful and I feel imbarressed about my religion my religion is my life my life is priceless I DO have a daughtory and I feel like a mokery was made of my life and religion I'm asking for nothing less than 15,000

5

V. **Relief (continued)):**

_____
_____
_____
_____
_____

VII. **Counsel**

    A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        ___N/A_____

    B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____     No __✓__

    If so, state the name(s) and address(es) of each lawyer contacted:

_____
_____

    If not, state your reasons: _Im incarcerated and dont have the funds to call out_

    C. Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____     No __✓__

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20____.

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___Aug-22-2016___.
(Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7